```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
HAROON TANOOLI,                                              :
                                                             :
                              Plaintiff,                     :
                                                             :
              -against-                                      :
                                                             :
DISTINCTIVE MAINTENANCE COMPANY,                             :
INC.,                                                        :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2018

18-CV-4689 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 26, 2018 (Dkt. 20), the parties submitted a settlement agreement to the Court for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015);

IT IS HEREBY ORDERED THAT the Court will not approve the parties' settlement at this time. No later than **October 15, 2018**, the parties must submit records showing the number of hours that Plaintiff's counsel worked in this case and either (a) a letter stating why the attorneys' fees in the parties' settlement are fair and reasonable or (b) a revised settlement with a lower contingency fee.

**SO ORDERED.**

Date: October 1, 2018
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**